## Clifford E. Fernstrom and Dorthea A. Fernstrom, Appellees, v. Lewis J. West and Elizabeth M. West, Appellants.

### Gen. No. 44,704.

opinion filed March 8, 1949; released for publication May 23, 1949. Pope & Ballard, for appellants; Parker L. Jacobson, of counsel; no appearance for appellees. Opinion by Justice Niemeyer. Not to be published in full.